AO 243 (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District OF COLUMBIA (WASHINGTON D.C. |
|---|---|
| Name of Movant: TONG CHEN LIM | Prisoner No. 02456-093 / Case No. 1:04-CR-00334-ESH-1 |
| Place of Confinement: ALLENWOOD LOW SECURITY CORRECTIONAL INSTITUTION WHITE DEER, PENNSYLVANIA 17887 | |

UNITED STATES OF AMERICA  v.  TONG CHEN LIM
(name under which convicted)

**FILED APR 2 4 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON D.C.)

2. Date of judgment of conviction  APRIL 13, 2005

3. Length of sentence  FORTY-EIGHT (48) MONTHS

4. Nature of offense involved (all counts)  CONSPIRACY IN VIOLATION OF TITLE 18 U.S.C. SECTION 371

CASE NUMBER 1:06CV00787
JUDGE: Ellen Segal Huvelle
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 04/28/2006

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

(2)